

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2015

No. 04-14-00620-CV

Rosa Obregon **PEREZ**, Ricardo O. Perez, individually and as next friend of Rosa Elia Perez, Maria Perez Jalomus, Juan Jose Perez, Julio Perez, Jr., and Fernando Perez,
Appellants

v.

**THE GOODYEAR TIRE & RUBBER COMPANY**,
Appellees

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 26130
Robert Cadena, Judge Presiding

## O R D E R

Appellee The Goodyear Tire & Rubber Company has filed a motion for access to the sealed portion of the appellate record so that it can completely and specifically cite to the appellate record in its brief. We GRANT the motion and ORDER that from present until February 20, 2015, appellee may appear in person at the Fourth Court of Appeals to review the sealed appellate record. Appellee may file an amended brief on or before February 23, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2015.

_____
Keith E. Hottle
Clerk of Court